United States District Court
Southern District of Texas

**ENTERED**

March 13, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **GABINO RAMOS ZAVALA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:26-CV-166** |
| | § | |
| **PAMELA BONDI, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Verified Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 7).

In reviewing the parties' briefing, the Court seeks additional information to resolve the issues in this case. Petitioner states that he "has exhausted his administrative remedies as he requested a bond determination on December 16, 2025, but was denied on jurisdictional grounds under *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025)." (Dkt. No. 1 at 7). However, Petitioner claims to have not been detained until January 19, 2026. (*Id.* at 9). Respondents state both of these facts in their response, but do not address how Petitioner possibly could have sought a bond hearing in immigration court before he was detained.

The Court **ORDERS** Petitioner to file supplemental briefing and evidence by **March 20, 2026,** that responds to factual issues above. Respondents may reply to the supplemental briefing by **March 24, 2026**.

It is so **ORDERED**.

**SIGNED** on March 13, 2026.

John A. Kazen
United States District Judge